IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TAKATA AMERICAS, | § | |
| | § | Case No. 17-11372 |
| Debtor. | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to Rules 2002, 9007 and 9010(b) of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, Sander L. Esserman and Peter C. D'Apice of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, appear as bankruptcy co-counsel with Podhurst Orseck P.A., Chair Lead Counsel for and on behalf of plaintiffs and proposed classes, the Plaintiffs' Personal Injury Track Lead Counsel, the Plaintiffs' Economic Damages Track Co-Lead Counsel, and the Plaintiffs' Steering Committee (collectively, the "**Takata MDL Action Plaintiffs**") in *In re: Takata Airbag Product Liability Litigation*, MDL No. 2599, 15-MD 2599-FAM, United States District Court, Southern District of Florida, Miami Division ("**Takata MDL Action**"). The Takata MDL Action Plaintiffs are creditors in the above referenced bankruptcy proceedings and respectfully request that all notices that are required to be given in this case and all papers that are required to be served in this case be given to and served on:

Sander L. Esserman
Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(214) 969-4900
(214) 969-4999 (facsimile)
esserman@sbep-law.com
dapice@sbep-law.com
(Attorneys for Takata MDL Action Plaintiffs)

1

and

Peter Prieto
John Gravante, III
Matthew P. Weinshall
Alissa Del Riego
Podhurst Orseck PA
One SE Third Avenue, Suite 2700
Miami, Florida 33131
pprieto@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com
(Chair Lead Counsel for the Takata MDL Action Plaintiffs)

and

Daniel K. Hogan
Garvan F. McDaniel
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

Please take further notice that the foregoing request includes notices and papers referred to in the Rules specified above and also includes, without limitation, any disclosure statements, objections, orders, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, written or oral, or whether by mail, electronic delivery, telephone, or otherwise.

Please take further notice that the Takata MDL Action Plaintiffs intend that neither this request nor any later appearance, pleading, claim or motion, shall constitute consent to or waive any rights with respect to jurisdiction under Title 11 of the United States Code or authority under Article III of the United States Constitution, the right to have final orders in non-core proceedings entered only after *de novo* review by a District

Judge, the right to trial by jury in any proceeding so triable, the right to have the District Court abstain or withdraw the reference in any matter subject to mandatory or discretionary abstention or withdrawal, or any other rights, claims, actions, defenses, setoffs or recoupments which they may be entitled to under agreements, in law, in equity or otherwise, all of which are expressly reserved.

Respectfully submitted,

By:*/s/Daniel K. Hogan*
Daniel K. Hogan (DE #2814)
Garvan F. McDaniel (DE #4167)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: dkhogan@dkhogan.com

and

**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation**
Sander L. Esserman
State Bar No. 06671500
Peter C. D'Apice
State Bar No. 05377783
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
(Pro hac vice motion forthcoming)

Attorneys for Takata MDL Action Plaintiffs

**CERTIFICATE OF SERVICE**

  I certify that on June 25, 2017, the foregoing document was served by ECF on those parties registered for ECF.

                 */s/ Daniel K. Hogan*
                 Daniel K. Hogan