**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------x
:
In re                                  :    **Chapter 11**
:
**TAKATA AMERICAS,**                   :    **Case No. 17-11372 (___)**
:
     **Debtor.**                       :
:
**Tax I.D. No. 33-1049766**            :
------------------------------------------------------x
:
In re                                  :    **Chapter 11**
:
**TK FINANCE, LLC,**                   :    **Case No. 17-11373 (___)**
:
     **Debtor.**                       :
:
**Tax I.D. No. 20-0022753**            :
------------------------------------------------------x
:
In re                                  :    **Chapter 11**
:
**TK CHINA, LLC,**                     :    **Case No. 17-11374 (___)**
:
     **Debtor.**                       :
:
**Tax I.D. No. 20-0021312**            :
------------------------------------------------------x
:
In re                                  :    **Chapter 11**
:
**TK HOLDINGS INC.,**                  :    **Case No. 17-11375 (___)**
:
     **Debtor.**                       :
:
**Tax I.D. No. 13-3573416**            :
------------------------------------------------------x

```
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TAKATA PROTECTION                                     :
SYSTEMS INC.,                                         :    Case No. 17-11376 (___)
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. 84-1233881                               :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
INTERIORS IN FLIGHT INC.,                             :    Case No. 17-11377 (___)
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. 46-3024046                               :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TK MEXICO INC.,                                       :    Case No. 17-11378 (___)
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. 20-1488331                               :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TK MEXICO LLC,                                        :    Case No. 17-11379 (___)
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. 20-1489029                               :
------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TK HOLDINGS DE MEXICO,                                :
S. DE R.L. DE C.V.,                                   :    Case No. 17-11380 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. N/A                                      :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
INDUSTRIAS IRVIN DE MEXICO,                           :
S.A. DE C.V.,                                         :    Case No. 17-11381 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. N/A                                      :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TAKATA DE MEXICO,                                     :
S.A. DE C.V.,                                         :    Case No. 17-11382 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. N/A                                      :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
STROSSHE-MEX, S. DE R.L. DE C.V.,                     :    Case No. 17-11383 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. N/A                                      :
------------------------------------------------------x
```

RLF1 17750798V.1

**MOTION OF DEBTORS PURSUANT TO
FED. R. BANKR. P. 1015(b) FOR ENTRY OF ORDER
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

TK Holdings Inc. ("***TKH***") and its affiliated debtors in the above-captioned chapter 11 cases ("***Chapter 11 Cases***"), as debtors and debtors in possession (collectively, the "***Debtors***"), respectfully represent as follows in support of this motion (this "***Motion***"):

**Relief Requested**

1. By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), the Debtors request entry of an order directing consolidation of their chapter 11 cases for procedural purposes only.

2. A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "***Proposed Order***").

**Jurisdiction**

3. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Local Rule 9013–1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4

**Background**

4. On the date hereof, each of the Debtors commenced with the Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these Chapter 11 Cases. The Debtors have filed this motion requesting joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b).

5. In coordination with the commencement of the Chapter 11 Cases, contemporaneously to the date hereof, Takata Corporation, the Debtors' ultimate corporate parent ("*TKJP*" and, together with its direct and indirect global subsidiaries, including TKH, "*Takata*"), together with Takata Kyushi K.K. and Takata Service Corporation, commenced civil rehabilitation proceedings under the Civil Rehabilitation Act of Japan in the 20th Department of the Civil Division of the Tokyo District Court.

6. Additional information regarding the circumstances leading to the commencement of these Chapter 11 Cases and information regarding the Debtors' businesses and capital structure is set forth in the declaration of Scott E. Caudill, the Executive Vice President and Chief Operating Officer for TKH, filed contemporaneously herewith in support of the Debtors' chapter 11 petitions and related first day relief (the "*Caudill Declaration*").[1]

**Basis for Relief Requested**

7. Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). As set forth on the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Caudill Declaration.

5

corporate structure chart annexed as **Exhibit A** to the Caudill Declaration, the Debtors are all "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, the Court is authorized to grant the relief requested.

8. In addition, Local Rule 1015-1 provides, in relevant part, as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

9. As set forth in the Caudill Declaration, joint administration of these cases will save the Debtors and their estates substantial time and expense because it will remove the need to prepare, replicate, file, and serve duplicative notices, applications, and orders. Further, joint administration will relieve the Court of the burdens of entering duplicative orders and maintaining duplicative files and dockets. The United States Trustee for the District of Delaware and other parties in interest will similarly benefit from joint administration of these Chapter 11 Cases, sparing them the time and effort of reviewing duplicative pleadings and papers.

10. Joint administration will not adversely affect creditors' rights because this Motion requests only the administrative consolidation of the estates, and does not seek substantive consolidation. As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved. Accordingly, the Debtors respectfully request that each Debtor's Chapter 11 Case be administered under a consolidated caption, in the following form:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                                 :
**In re**                                                        :  Chapter 11
                                                                 :
**TK HOLDINGS INC.,** *et al.,*                                  :  Case No. 17- 11375 (___)
                                                                 :
            Debtors.[1]                                          :  (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

11.   The Debtors also seek the Court's direction that a notation substantially similar to the following be entered on the docket in each of the above-captioned cases (other than the chapter 11 case of TK Holdings Inc.) to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). The docket in Case No. 17-11375 (___) should be consulted for all matters affecting this case.

12.   Based on the foregoing, the relief requested is necessary and appropriate, is in the best interests of the Debtors' estates and creditors, and should be granted in all respects.

**<u>Notice</u>**

13.     Notice of this Motion has been provided to (i) the Office of the United States Trustee for the District of Delaware (Attn: David Buchbinder, Esq. and Jane Leamy, Esq.); (ii) the Debtors' fifty (50) largest unsecured creditors on a consolidated basis; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the Offices of the United States Attorney for each of the District of Delaware and the Eastern District of Michigan; (vi) NHTSA; (vii) each of the Consenting OEMs; (viii) the Plan Sponsor; and (ix) any other party entitled to notice pursuant to Local Rule 9013–1(m).  Based on the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice is required.

14.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: June 25, 2017
Wilmington, Delaware

*/s/ Michael J. Merchant*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Ronit J. Berkovich
Matthew P. Goren
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for the Debtors
and Debtors in Possession*

# Exhibit A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------x
:
**In re** : **Chapter 11**
:
**TAKATA AMERICAS,** : **Case No. 17-11372 (___)**
:
      **Debtor.** :
:
**Tax I.D. No. 33-1049766** :
---------------------------------------------------x
:
**In re** : **Chapter 11**
:
**TK FINANCE, LLC,** : **Case No. 17-11373 (___)**
:
      **Debtor.** :
:
**Tax I.D. No. 20-0022753** :
---------------------------------------------------x
:
**In re** : **Chapter 11**
:
**TK CHINA, LLC,** : **Case No. 17-11374 (___)**
:
      **Debtor.** :
:
**Tax I.D. No. 20-0021312** :
---------------------------------------------------x
:
**In re** : **Chapter 11**
:
**TK HOLDINGS INC.,** : **Case No. 17-11375 (___)**
:
      **Debtor.** :
:
**Tax I.D. No. 13-3573416** :
---------------------------------------------------x

```
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TAKATA PROTECTION                                     :
SYSTEMS INC.,                                         :    Case No. 17-11376 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. 84-1233881                               :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
INTERIORS IN FLIGHT INC.,                             :    Case No. 17-11377 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. 46-3024046                               :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TK MEXICO INC.,                                       :    Case No. 17-11378 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. 20-1488331                               :
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
TK MEXICO LLC,                                        :    Case No. 17-11379 (___)
                                                      :
        Debtor.                                       :
                                                      :
Tax I.D. No. 20-1489029                               :
------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
In re                                                 :    **Chapter 11**
                                                      :
**TK HOLDINGS DE MEXICO,**                            :
**S. DE R.L. DE C.V.,**                               :    **Case No. 17-11380 (___)**
                                                      :
        **Debtor.**                                   :
                                                      :
**Tax I.D. No. N/A**                                  :
------------------------------------------------------x
                                                      :
In re                                                 :    **Chapter 11**
                                                      :
**INDUSTRIAS IRVIN DE MEXICO,**                       :
**S.A. DE C.V.,**                                     :    **Case No. 17-11381 (___)**
                                                      :
        **Debtor.**                                   :
                                                      :
**Tax I.D. No. N/A**                                  :
------------------------------------------------------x
                                                      :
In re                                                 :    **Chapter 11**
                                                      :
**TAKATA DE MEXICO,**                                 :
**S.A. DE C.V.,**                                     :    **Case No. 17-11382 (___)**
                                                      :
        **Debtor.**                                   :
                                                      :
**Tax I.D. No. N/A**                                  :
------------------------------------------------------x
                                                      :
In re                                                 :    **Chapter 11**
                                                      :
**STROSSHE-MEX, S. DE R.L. DE C.V.,**                 :    **Case No. 17-11383 (___)**
                                                      :
        **Debtor.**                                   :
                                                      :
**Tax I.D. No. N/A**                                  :
------------------------------------------------------x
```

3

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion, dated June 25, 2017 (the "***Motion***"),[1] of TK Holdings Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "***Debtors***"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), for an order directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and upon consideration of the Caudill Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interests; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-11375 (___).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **TK HOLDINGS INC.**, *et al.*, | : | Case No. 17- 11375 (___) |
| Debtors.[1] | : | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

5. A docket entry shall be made in each of the above-captioned cases (other than the chapter 11 case of TK Holdings Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S., de R.L. de

5

C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  The docket in Case No. 17-11375 (___) should be consulted for all matters affecting this case.

6. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2017
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE